People v Crenshaw (2024 NY Slip Op 02021)

People v Crenshaw

2024 NY Slip Op 02021

Decided on April 16, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 16, 2024

Before: Kern, J.P., Singh, Scarpulla, Mendez, Higgitt, JJ. 

Ind. No. 586/20 Appeal No. 2063-2063A Case No. 2022-00861 

[*1]The People of the State of New York, Respondent,
v
Christian Crenshaw, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Jane Merrill of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (T. Charles Won of counsel), for respondent.

Judgment of resentence, Supreme Court, Bronx County (Alvin M. Yearwood, J.), rendered July 17, 2023, resentencing defendant to a term of seven years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed. Appeal from judgment, same court (Yearwood, J., at plea; Albert Lorenzo, J., at sentencing), rendered February 25, 2022, unanimously dismissed, as subsumed in the appeal from the judgment of resentence.
The resentencing court providently exercised its discretion in denying youthful offender treatment (see People v Drayton, 39 NY2d 580 [1976]), in light of, among other things, the heinousness of the shootings committed by defendant.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 16, 2024